IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff-Respondent, | § § | |
| v. | § § | Cr. No. C-05-105 (1) |
| | § | C.A. No. C-06-435 |
| NELSON ANTONIO SORTO, | § § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Nelson Antonio Sorto's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 5th day of February, 2007.

_____
Janis Graham Jack
United States District Judge